**DANIEL L. HARRALSON, BAR NO. 109322**
Attorney at Law
Post Office Box 26688-6688
Fresno, California 93729
Telephone (559) 486-4560
Facsimile (559) 486-4320
harralsonlaw@sbcglobal.net

Attorney for Applicants /Petitioners Juan Roger Guerrero and Yesenia Guerrero

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>EVELYN MAGALLON, et al.,<br><br>　　　　　Defendants. | Case No.: 1:17-CR-00232-DAD- BAM<br><br>**AMENDED STIPULATION TO CONTINUE HEARING**<br><br>Date:　July 17, 2018<br>Time:　2:00 p.m.<br>Judge:　Honorable Barbara McAuliffe |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the Evidentiary hearing of the Application/Petition to Reconvey Real Property Held as Security for Bail Bond, etc., in the above-captioned matter. This matter is currently set on the courts calendar for **July 17, 2018, at 2:00 p.m.,** and counsel is requesting the matter be continued to **November 15, 2018, at 2:00 p.m., in Department 8** of the United States District Court.

The continuance is requested by counsel for **Applicants/Petitioners Yesenia and Juan Guerrero** to allow additional time for law Enforcement to apprehend **Defendant, EVELYN MAGALLON** so as to make the moot and unnecessary.

\\\

DATED: July 13, 2018            Respectfully Submitted,

                                **DANIEL L. HARRALSON LAW CORPORATION**

                                  /s/
                                DANIEL L. HARRALSON
                                Attorney for Defendant


DATED: July 13, 2018            **UNITED STATES ATTORNEYS OFFICE**

                                  /s/
                                VINCENZA RABENN
                                Attorney for United States


---------------------------------------------

# ORDER
-----

*GOOD CAUSE APPEARING, IT IS SO ORDERED*. That the Hearing on Evidentiary hearing of the Application/Petition to Reconvey Real Property Held scheduled for July 17, 2018, at 10:00 a.m., be continued to November 15, 2018, at 2:00 p.m. before Judge McAuliffe. Motion will be heard at the end of the 2:00 p.m. Duty Calendar.

IT IS SO ORDERED.

Dated:    **July 16, 2018**            /s/ Barbara A. McAuliffe
                                      UNITED STATES MAGISTRATE JUDGE