**DANIEL L. HARRALSON, BAR NO. 109322**
Attorney at Law
Post Office Box 26688-6688
Fresno, California 93729
Telephone (559) 486-4560
Facsimile (559) 486-4320
harralsonlaw@sbcglobal.net

Attorney for Applicants /Petitioners Juan Roger Guerrero and Yesenia Guerrero

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:17-cr-00232-DAD- BAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE HEARING** |
| vs. | |
| EVELYN MAGALLON, et al., | |
| Defendants. | Date: November 15, 2018 |
| | Time: 2:00 p.m. |
| | Judge: Honorable Barbara McAuliffe |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the Evidentiary hearing of the Application/Petition to Reconvey Real Property Held as Security for Bail Bond, etc., in the above-captioned matter currently set on the court's calendar for **November 12, 2018, at 1:00 p.m.**, be continued to **January 28, 2019, at 1:00 p.m., in Department 8** of the United States District Court.

The continuance is requested by counsel for **Applicants/Petitioners Yesenia and Juan Guerrero** to allow additional time for law Enforcement to apprehend **Defendant, EVELYN MAGALLON** so as to make the moot and unnecessary.

DATED: October 30, 2018             Respectfully Submitted,

**DANIEL L. HARRALSON LAW CORPORATION**

  /s/
DANIEL L. HARRALSON
Attorney for Defendant


DATED: July 13, 2018             **UNITED STATES ATTORNEYS OFFICE**

  /s/
VINCENZA RABENN
Attorney for United States


## **ORDER**

***GOOD CAUSE APPEARING, IT IS SO ORDERED*** that the Evidentiary Hearing of the Application/Petition to Reconvey Real Property Held scheduled for November 15, 2018, at 2:00 p.m., be continued to January 28, 2019, at 1:00 p.m.

IT IS SO ORDERED.

Dated:  **November 5, 2018**             /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE