**DANIEL L. HARRALSON, BAR NO. 109322**
Attorney at Law
Post Office Box 26688-6688
Fresno, California 93729
Telephone (559) 486-4560
Facsimile (559) 486-4320
harralsonlaw@sbcglobal.net

Attorney for Applicants /Petitioners Juan Roger Guerrero and Yesenia Guerrero

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:17-cr-00232-DAD-BAM |
| Plaintiff, | **STIPULATION TO CONTINUE HEARING** |
| vs. | |
| EVELYN MAGALLON, et al., | Date: January 28, 2019 |
| | Time: 1:00 p.m. |
| Defendants. | Judge: Honorable Barbara McAuliffe |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the Evidentiary hearing of the Application/Petition to Reconvey Real Property Held as Security for Bail Bond, etc., in the above-captioned matter currently set on the court's calendar for **January 28, 2019, at 1:00 p.m.**, be continued to **June 17, 2019, at 1:00 p.m., in Department 8** of the United States District Court.

The continuance is requested by counsel for **Applicants/Petitioners Yesenia and Juan Guerrero** to allow additional time for law Enforcement to apprehend **Defendant, EVELYN MAGALLON** so as to make the hearing moot and unnecessary.

DATED: January 18, 2019          Respectfully Submitted,

**DANIEL L. HARRALSON LAW CORPORATION**

　　　/s/　　　　　　　　　
DANIEL L. HARRALSON
Attorney for Defendant

DATED: January 18, 2019          **UNITED STATES ATTORNEYS OFFICE**

　　　/s/　　　　　　　　　
VINCENZA RABENN
Attorney for United States

---------------------------------------------

# **ORDER**

*GOOD CAUSE APPEARING, IT IS SO ORDERED* that the Evidentiary Hearing of the Application/Petition to Reconvey Real Property Held scheduled for currently scheduled for January 28, 2019, at 1:00 p.m., be continued to **June 10, 2019**, at 1:00 p.m.

IT IS SO ORDERED.

Dated:   **January 18, 2019**          /s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE