**DANIEL L. HARRALSON, BAR NO. 109322**
Attorney at Law
Post Office Box 26688-6688
Fresno, California 93729
Telephone (559) 486-4560
Facsimile (559) 486-4320
harralsonlaw@sbcglobal.net

Attorney for Applicants /Petitioners Juan Roger Guerrero and Yesenia Guerrero

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:17-CR-00232-DAD- BAM |
| Plaintiff, | ) **STIPULATION TO CONTINUE HEARING** |
| vs. | ) |
| EVELYN MAGALLON, et al., | ) Date: June 10, 2019 |
| | ) Time: 1:00 p.m. |
| Defendants. | ) Judge: Honorable Barbara McAuliffe |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the Evidentiary hearing of the Application/Petition to Reconvey Real Property Held as Security for Bail Bond, etc., in the above-captioned matter currently set on the court's calendar for **June 10, 2019, at 1:00 p.m.**, be continued to **November 18, 2019, at 1:00 p.m., in Department 8** of the United States District Court.

The continuance is requested by counsel for **Applicants/Petitioners Yesenia and Juan Guerrero** to allow additional time for law Enforcement to apprehend **Defendant, EVELYN MAGALLON** so as to make the hearing moot and unnecessary.

\\\
\\\
\\\

DATED: June 6, 2019		Respectfully Submitted,

		**DANIEL L. HARRALSON LAW CORPORATION**

		/s/
		DANIEL L. HARRALSON
		Attorney for Defendant

DATED: June 6, 2019		**UNITED STATES ATTORNEYS OFFICE**

		/s/
		VINCENZA RABENN
		Attorney for United States

---------------------------------------------

# ORDER
-----

*GOOD CAUSE APPEARING, IT IS SO ORDERED.* That the Hearing on Evidentiary hearing of the Application/Petition to Reconvey Real Property Held scheduled for June 19, 2019, at 1:00 p.m., be continued to **November 12,** 2019, at 1:00 p.m.

IT IS SO ORDERED.

Dated: **June 6, 2019**			/s/ *Barbara A. McAuliffe*
						UNITED STATES MAGISTRATE JUDGE