**DANIEL L. HARRALSON, BAR NO. 109322**
Attorney at Law
Post Office Box 26688-6688
Fresno, California 93729
Telephone (559) 486-4560
Facsimile (559) 486-4320
harralsonlaw@sbcglobal.net

Attorney for Applicants /Petitioners Juan Roger Guerrero and Yesenia Guerrero

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:17-CR-00232-DAD- BAM |
| Plaintiff, | ) **STIPULATION TO CONTINUE HEARING** |
| vs. | ) |
| EVELYN MAGALLON, et al., | ) Date: November 12, 2019 |
| | ) Time: 1:00 p.m. |
| Defendants. | ) Judge: Honorable Barbara McAuliffe |

    **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the Evidentiary hearing of the Application/Petition to Reconvey Real Property Held as Security for Bail Bond, etc., in the above-captioned matter currently set on the court's calendar for **November 12, 2019, at 1:00 p.m.**, be continued to **February 10, 2020 at 1:00 p.m., in Department 8** of the United States District Court.

    The continuance is requested by counsel for **Applicants/Petitioners Yesenia and Juan Guerrero** to allow additional time for law Enforcement to apprehend **Defendant, EVELYN MAGALLON** so as to make the hearing moot and unnecessary.

DATED: October 29, 2019   Respectfully Submitted,

**DANIEL L. HARRALSON LAW CORPORATION**

_/s/_
DANIEL L. HARRALSON
Attorney for Defendant

DATED: October 29, 2019   **UNITED STATES ATTORNEYS OFFICE**

_/s/_
VINCENZA RABENN
Attorney for United States

---------------------------------------------

# ORDER
-----

*GOOD CAUSE APPEARING, IT IS SO ORDERED*. That the Hearing on Evidentiary hearing of the Application/Petition to Reconvey Real Property Held scheduled for November 12, 2019, at 1:00 p.m., be continued to March 17, 2020, at 1:00 p.m.

IT IS SO ORDERED.

Dated: **October 29, 2019**   /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

-2-
**US v. Evelyn Magallon**
**Stipulation to Continue Hearing**