**DANIEL L. HARRALSON, BAR NO. 109322**
Attorney at Law
Post Office Box 26688-6688
Fresno, California 93729
Telephone (559) 486-4560
Facsimile (559) 486-4320
harralsonlaw@sbcglobal.net

Attorney for Applicants /Petitioners Juan Roger Guerrero and Yesenia Guerrero

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:17-CR-00232-DAD- BAM |
| Plaintiff, | **STIPULATION TO CONTINUE HEARING; ORDER** |
| vs. | |
| EVELYN MAGALLON, et al., | Date: February 10, 2020 |
| Defendants. | Time: 1:00 p.m. |
| | Judge: Honorable Barbara McAuliffe |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the Evidentiary hearing of the Application/Petition to Reconvey Real Property Held as Security for Bail Bond, etc., in the above-captioned matter currently set on the court's calendar for **February 10, 2020, at 1:00 p.m.**, be continued to **July 16, 2020, at 1:00 p.m., in Department 8** of the United States District Court.

The continuance is requested by counsel for **Applicants/Petitioners Yesenia and Juan Guerrero** to allow additional time for law Enforcement to apprehend **Defendant, EVELYN MAGALLON** so as to make the moot and unnecessary.

DATED: February 4, 2020					Respectfully Submitted,

												**DANIEL L. HARRALSON LAW CORPORATION**

												  /s/ Daniel L. Harralson
												DANIEL L. HARRALSON
												Attorney for Defendant


DATED: February 4, 2020					**UNITED STATES ATTORNEYS OFFICE**

												  /s/ Vincenza Rabenn
												VINCENZA RABENN
												Attorney for United States


----------------------------------------------

# ORDER
-----

*GOOD CAUSE APPEARING, IT IS SO ORDERED*. That the Hearing on Evidentiary hearing of the Application/Petition to Reconvey Real Property Held scheduled for February 10, 2020, at 1:00 p.m., be continued to **July 16, 2020, at 10:00 a.m.**

IT IS SO ORDERED.

Dated:   **February 5, 2020**				/s/ Barbara A. McAuliffe
												UNITED STATES MAGISTRATE JUDGE