**DANIEL L. HARRALSON, BAR NO. 109322**
Attorney at Law
Post Office Box 26688-6688
Fresno, California 93729
Telephone (559) 486-4560
Facsimile (559) 486-4320
harralsonlaw@sbcglobal.net

Attorney for Applicants /Petitioners Juan Roger Guerrero and Yesenia Guerrero

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:17-CR-00232-DAD- BAM |
| Plaintiff, | ) **AMENDED STIPULATION TO** |
| vs. | ) **CONTINUE HEARING** |
| EVELYN MAGALLON, et al., | ) Date:  July 16, 2020 |
| Defendants. | ) Time:  10:00 a.m. |
|  | ) Judge:  Honorable Barbara McAuliffe |

   **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the Evidentiary hearing of the Application/Petition to Reconvey Real Property Held as Security for Bail Bond, etc., in the above-captioned matter currently set on the court's calendar for **July 16, 2020, at 10:00 a.m.**, be continued to **January 7, 2021, at 10:00 a.m., in Department 8** of the United States District Court.

   The continuance is requested by counsel for **Applicants/Petitioners Yesenia and Juan Guerrero** to allow additional time for law Enforcement to apprehend **Defendant, EVELYN MAGALLON** so as to make the moot and unnecessary.

DATED: July 6, 2020          Respectfully Submitted,

**DANIEL L.  HARRALSON LAW CORPORATION**

   _/s/  Daniel L. Harralson_
DANIEL L. HARRALSON
Attorney for Defendant

DATED: July 6, 2020          **UNITED STATES ATTORNEYS OFFICE**

   _/s/  Vincenza Rabenn_
VINCENZA RABENN
Attorney for United States

-------------------------------------------------

# ORDER

-----

*GOOD CAUSE APPEARING, IT IS SO ORDERED*.  That the Hearing on Evidentiary

hearing of the Application/Petition to Reconvey Real Property Held scheduled for

July 16, 2020, at 10:00 a.m., be continued to January 7, 2021, at 10:00 a.m..

IT IS SO ORDERED.

Dated: **July 6, 2020**          _/s/ Barbara A. McAuliffe_

UNITED  STATES  MAGISTRATE  JUDGE