**DANIEL L. HARRALSON, BAR NO. 109322**
Attorney at Law
Post Office Box 26688-6688
Fresno, California 93729
Telephone (559) 486-4560
Facsimile (559) 486-4320
harralsonlaw@sbcglobal.net

Attorney for Applicants /Petitioners Juan Roger Guerrero and Yesenia Guerrero

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:17-CR-00232-DAD- BAM |
| Plaintiff, | ) **AMENDED STIPULATION TO** |
| vs. | ) **CONTINUE HEARING** |
| EVELYN MAGALLON, et al., | ) |
| | ) Date: January 7, 2021 |
| Defendants. | ) Time: 10:00 a.m. |
| | ) Judge: Honorable Barbara McAuliffe |

 **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the Evidentiary hearing of the Application/Petition to Reconvey Real Property Held as Security for Bail Bond, etc., in the above-captioned matter currently set on the court's calendar for **January 7, 2021, at 10:00 a.m.**, be continued to **July 8, 2021, at 10:00 a.m., in Department 8** of the United States District Court.

The continuance is requested by counsel for **Applicants/Petitioners Yesenia and Juan Guerrero** to allow additional time for law Enforcement to apprehend **Defendant, EVELYN MAGALLON** so as to make the moot and unnecessary.

DATED: December 21, 2020         Respectfully Submitted,

**DANIEL L. HARRALSON LAW CORPORATION**

  /s/ Daniel L. Harralson
DANIEL L. HARRALSON
Attorney for Defendant

DATED: December 21, 2020         **UNITED STATES ATTORNEYS OFFICE**

  /s/ Vincenza Rabenn
VINCENZA RABENN
Attorney for United States

# ORDER

***GOOD CAUSE APPEARING, IT IS SO ORDERED*** that the evidentiary hearing on the Application/Petition to Reconvey Real Property Held scheduled for January 7, 2021, at 10:00 a.m., be continued to **July 8, 2021, at 10:00 a.m. before Magistrate Judge Barbara A. McAuliffe**.

This application to reconvey real property has been continued for over 2 years. The court will not permit endless continuances of this matter. The parties shall file a status report 10 days before the next hearing and provide the court with a <u>detailed</u> status report of the efforts undertaken to recover the defendant, including an estimation of whether the efforts will be successful.

IT IS SO ORDERED.

Dated:   **December 23, 2020**         /s/ *Barbara A. McAuliffe*
               UNITED STATES MAGISTRATE JUDGE