PHILLIP A. TALBERT
United States Attorney
NICOLE MOODY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EVELYN MAGALLON<br>Aka Evelyn Magallon Fernandez,<br><br>Defendant. | CASE NO. 1:17-CR-00232-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: August 8, 2024<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. The Complaint in this case was filed on September 25, 2017.

2. On October 2, 2017, the defendant was released on pre-trial conditions to third-party custodians, Flora Magallon Rangel and Jose Miguel Saldago.

3. The defendant was subsequently Indicted on October 5, 2017.

4. On March 30, 2018, Pretrial Services received an alert from the federally contracted location monitoring company advising that the defendant had an ankle monitor "strap tamper." When Pretrial services attempted to make contact with the defendant, she was not at her residence. Her ankle monitor was found in the bathroom, and her third-party custodians indicated the defendant's

whereabouts were unknown.

5. After absconding for more than six years, on June 21, 2024, the defendant was taken into custody and that same day appeared before a judicial officer of the Court in which the charges in this case were pending.

6. By previous order, this matter was set for status on August 8, 2024.

7. By this stipulation, defendant now moves to continue the status conference until October 24, 2024, and to exclude time between August 8, 2024, and October 24, 2024, under Local Code T4.

8. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for defendant desires additional time to consult with the defendant (who is now housed in Nevada City, which is more than four hours away from his Fresno-based law office), review discovery for this matter, discuss potential resolutions with his client, prepare pretrial motions, and otherwise prepare for trial.

    b) Counsel for defendant has a trial schedule that includes matters in Redbluff, San Jose, Madera, Merced, and Fresno, as well as Tulare and Kings Counties.

    c) Counsel for defendant has an opening Ninth Circuit brief due on August 21, 2024, and he has a two-week trial set to begin on October 7, 2024.

    d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    e) The government does not object to the continuance.

    f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 8, 2024 to October 24, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best

interest of the public and the defendant in a speedy trial.

9. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 5, 2024          PHILLIP A. TALBERT
                                United States Attorney

                                /s/ NICOLE MOODY
                                NICOLE MOODY
                                Assistant United States Attorney

Dated:  August 5, 2024          /s/ NICHOLAS F. REYES
                                NICHOLAS F. REYES
                                Counsel for Defendant
                                Evelyn Magallon

## ORDER

IT IS SO FOUND AND ORDERED this 5th day of August, 2024.

Troy L. Nunley
United States District Judge