PHILLIP A. TALBERT
United States Attorney
NICOLE MOODY
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00232-DC |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| Evelyn Magallon aka "Evelyn Magallon Fernandez and, FREDY FIGUEROESPINO | |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on October 24, 2024.

2. By this stipulation, defendants now move to continue the status conference until November 22, 2024, and to exclude time between October 24, 2024, and November 22, 2024, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes 1000s of pages of investigative reports, photographs, and related documents, as well as video surveillance, in electronic form. This discovery has or is in the process of being produced directly to counsel and/or made available for inspection and copying.

    b) Counsel for defendants desire additional time to consult with their clients, conduct

1 investigation and research related to the charges, review and copy discovery for this matter,

2 discuss potential resolutions with their clients, and otherwise prepare for trial.

3     c)   Counsel for defendants believe that failure to grant the above-requested

4 continuance would deny them the reasonable time necessary for effective preparation, taking into

5 account the exercise of due diligence.

6     d)   The government does not object to the continuance.

7     e)   Based on the above-stated findings, the ends of justice served by continuing the

8 case as requested outweigh the interest of the public and the defendant in a trial within the

9 original date prescribed by the Speedy Trial Act.

10     f)   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

11 et seq., within which trial must commence, the time period of October 24, 2024 to November 22,

12 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

13 T4] because it results from a continuance granted by the Court at defendant's request on the basis

14 of the Court's finding that the ends of justice served by taking such action outweigh the best

15 interest of the public and the defendant in a speedy trial.

16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 24, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ NICOLE MOODY
NICOLE MOODY
Special Assistant United States Attorney

Dated:  October 24, 2024

/s/ NICHOLAS F. REYES
NICHOLAS F. REYES
Counsel for Defendant
Evelyn Magallon

Dated:  October 24, 2024

/s/ MEGHAN MCLOUGHLIN
MEGHAN MCLOUGHLIN
Counsel for Defendant
Fredy Figueroespino

## [PROPOSED] ORDER

The parties' stipulated request to continue and exclude time is adopted. Accordingly, a Status Conference is set for November 22, 2024 at 9:30 a.m. in courtroom 8 before the Honorable Dena Coggins. Computation of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., for the time period of October 24, 2024 to November 22, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].4

IT IS SO ORDERED.

Dated:  **October 26, 2024**

Dena Coggins
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4