MICHELE BECKWITH
Acting United States Attorney
NICOLE MOODY
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EVELYN MAGALLON<br>aka "Evelyn Magallon Fernandez" and,<br>FREDY FIGUEROESPINO,<br><br>Defendants. | CASE NO. 1:17-CR-00232-DC<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: February 21, 2025<br>TIME: 9:30 a.m.<br>COURT: Hon. Dena Coggins |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on February 21, 2025.

2. By this stipulation, defendants now move to continue the status conference until May 2, 2025, and to exclude time between February 21, 2025, and May 2, 2025, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Counsel for Evelyn Magallon has a trial schedule that includes matters in Fresno, Tulare, and Madera Counties, including a sentencing hearing set for March 3, 2025, a motion to suppress hearing set for March 4, 2025, a jury trial set to begin March 20, 2025, a jury trial set to begin April 8, 2025, a jury trial set to begin April 21, 2025, and a jury trial set to begin May 8,

1 | 2025.

2        b)     The government has represented that the discovery associated with this case includes 1,000s of pages of investigative reports, laboratory findings, photographs, extractions, and related documents, as well as video surveillance, in electronic form. Some of this discovery is in Spanish and is still pending translation. All available discovery has or is in the process of being produced directly to counsel.

       c)     Counsel for defendants desire additional time to consult with their clients. Evelyn Magallon is housed in Nevada City, which is more than four hours away from her counsel's Fresno-based law office. Counsel for defendants also desire additional time to conduct investigation and research related to the charges, review produced and forthcoming discovery for this matter, discuss potential resolutions with their clients, and otherwise prepare for trial.

       d)     Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

       e)     The government does not object to the continuance.

       f)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

       g)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 21, 2025 to May 2, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Prior requests for extensions were submitted on August 5, 2024 with respect to Evelyn Magallon and on October 24, 2024 and November 14, 2024 with respect to both defendants. Those requests were granted by the Court.

5.     Nothing in this stipulation and order shall preclude a finding that other provisions of the

Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: February 12, 2025　　　　　　　　　　　　MICHELE BECKWITH
　　　　　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　　/s/ NICOLE MOODY
　　　　　　　　　　　　　　　　　　　　　　　　NICOLE MOODY
　　　　　　　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney

Dated: February 12, 2025　　　　　　　　　　　　/s/ NICHOLAS F. REYES
　　　　　　　　　　　　　　　　　　　　　　　　NICHOLAS F. REYES
　　　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　Evelyn Magallon

Dated: February 12, 2025　　　　　　　　　　　　/s/ MEGHAN MCLOUGHLIN
　　　　　　　　　　　　　　　　　　　　　　　　MEGHAN MCLOUGHLIN
　　　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant

　　　　　　　　　　　　　　　　　　　　　　　　Fredy Figueroespino

**ORDER**

**IT IS HEREBY ORDERED** that the Status Conference scheduled for February 21, 2025, at 9:30 a.m. is VACATED and RESET for May 2, 2025 at 9:30 a.m. in Courtroom 8 before the Honorable Dena M. Coggins. The time period between February 21, 2025 and May 2, 2025 inclusive, is excluded under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A) and(B)(i) and (iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

The Court advises the parties that they should be prepared to go forward on the new date.

IT IS SO ORDERED.

Dated:   **February 13, 2025**

Dena Coggins
United States District Judge