ERIC GRANT
United States Attorney
NICOLE MOODY
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:17-CR-00232-DC |
| Plaintiff, | AMENDED STIPULATION AND [~~PROPOSED~~] ORDER |
| v. | DATE: April 24, 2026 |
| EVELYN MAGALLON | TIME: 9:30 a.m. |
| aka "Evelyn Magallon Fernandez" and, | COURT: Hon. Dena Coggins |
| FREDY FIGUEROESPINO, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for trial confirmation hearing on April 24, 2026.

///

///

///

///

///

///

AMENDED STIPULATION AND ORDER

1

2.    By this stipulation, the parties jointly move to continue the trial confirmation hearing until May 1, 2026.

IT IS SO STIPULATED.

Dated:  April 3, 2026

ERIC GRANT
United States Attorney

/s/ NICOLE MOODY
NICOLE MOODY
Special Assistant United States Attorney

Dated:  April 3, 2026

/s/ NICHOLAS F. REYES
NICHOLAS F. REYES
Counsel for Defendant
Evelyn Magallon

AMENDED STIPULATION AND ORDER

2

**ORDER**

IT IS HEREBY ORDERED as to Evelyn Magallon, the court, having received, read and considered the parties' stipulation filed on April 8, 2026 (Doc. No. 131), APPROVES the parties' stipulation.  Accordingly, the Trial Confirmation Hearing scheduled for April 24, 2026, is VACATED and RESET for May 1, 2026, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. Time between April 24, 2026 and the trial date of June 22, 2026 has previously been excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:    **April 8, 2026**

_____
Dena Coggins
United States District Judge

AMENDED STIPULATION AND ORDER

3