NICHOLAS F. REYES
LAW CORPORATION
Nicholas F. Reyes, #102114
1107 "R" Street
Fresno, California 93721
Telephone: (559) 486-4500
Facsimile: (559) 486-4533
Email: nfreyeslaw@gmail.com

Attorney for Defendant, EVELYN MAGALLON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiffs,<br><br>v.<br><br>EVELYN MAGALLON aka "EVELYN MAGALLON FERNANDEZ",<br><br>Defendants. | Case No. 1:17-CR-00232-DC<br><br>**STIPULATION TO CONTINUE SENTENCING; ORDER** |

PLEASE TAKE NOTICE Defendant, EVELYN MAGALLON and her counsel of Record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, JUSTIN LEE, Assistant United States Attorney for the Eastern District of California, hereby stipulate that the sentencing in the above-entitled case currently scheduled for WEDNESDAY, AUGUST 7, 2026., at 9:30a.m., in the courtroom of the Honorable Judge Coggins, District Court Judge. The assigned AUSA Justin Lee has no objection to the request and joins in this stipulation.

The continuance is necessary and good cause exits because the defense counsel requires additional time to finalize the sentencing positions and travel to Nevada City, in order to review the Final Proposed Report personally with the defendant, prepare its sentencing memorandum and file any formal objections. The defendant is in

custody in Nevada City which is over 200 miles from counsel's office. The Nevada City Jail will not provide video conferencing to private counsel, as counsel is not a CJA attorney. This case originally was a Fresno EDCA case and was reassigned to Sacramento due to a heavy Fresno caseload and judicial vacancies.

The defense requires the continuance for effective assistance of counsel in order to protect the best interests of the client and in the interest of justice.

This stipulation is based on good cause and in the interest of justice. For the reasons set forth above, the parties agree that the sentencing hearing currently scheduled for August, 7, 2026 be continued to September 25, 2026 at 9:30a.m.

IT IS SO STIPULATED

Dated: July 28, 2026

Respectfully submitted,

By: /s/Nicholas F. Reyes
NICHOLAS F. REYES
Attorney for Defendant, EVELYN MAGALLON

IT IS SO STIPULATED

Dated: July 28, 2026

By: /s/ Justin Lee
Assistant U.S. Attorney

ORDER

IT IS HEREBY ORDERED as to Evelyn Magallon, the court, having received, read and considered the parties' stipulation filed on July 27, 2026 (Doc. No. 138), and good cause appearing therefrom, APPROVES the parties' request to continue the sentencing hearing and adjust the related briefing schedule. Accordingly, the Sentencing Hearing scheduled for August 7, 2026, is VACATED and RESET for September 25, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. It is FURTHER ORDERED that the Presentence Investigation Report ("PSR") briefing schedule is MODIFIED as follows: Formal Objections or any Motion for Correction to the PSR shall be filed no later than September 11, 2026; and Reply, or Statement of Non-Opposition and any other briefing the parties want the court to consider shall be filed by 12:00 PM (Noon) on September 17, 2026.

IT IS SO ORDERED.

Dated: **July 28, 2026**

Dena Coggins
United States District Judge