Nicholas F. Reyes, #102114
NICHOLAS F. REYES LAW CORPORATION
1107 "R" Street
Fresno, California 93721
Telephone: (559) 486-4500
Facsimile: (559) 486-4533
Email: nfreyeslaw@gmail.com

Attorney for Defendant, EVELYN MAGALLON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiffs,<br><br>v.<br><br>EVELYN MAGALLON aka "EVELYN MAGALLON FERNANDEZ",<br><br>Defendants. | Case No. 1:17-CR-00232-1-DC<br><br>**STIPULATION TO CONTINUE SENTENCING; ORDER** |

PLEASE TAKE NOTICE Defendant, EVELYN MAGALLON and her counsel of Record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, JUSTIN LEE, Assistant United States Attorney for the Eastern District of California, hereby stipulate that the sentencing in the above-entitled case currently scheduled for Friday, November 6, 2026, at 9:30a.m., in the courtroom of the Honorable Judge Coggins, District Court Judge be continued to **January 22, 2027** at 9:30 a.m. The assigned AUSA Justin Lee has no objection to the request and joins in this stipulation.

The continuance is necessary and good cause exists because the defense counsel is engaged in trial in the matter of People v. Antonio Gavino Gonzales in Fresno Sueprior Court through November 18, 2026.

The assigned probation officer is available on the requested date.

The defense requires the continuance for effective assistance of counsel in order to protect the best interests of the client and in the interest of justice.

This stipulation is based on good cause and in the interest of justice. For the reasons set forth above, the parties agree that the sentencing hearing currently scheduled for November 6, 2026 be continued to **January 22, 2027** at 9:30 a.m.

IT IS SO STIPULATED

Dated: October 29, 2026

Respectfully submitted,

By: /s/Nicholas F. Reyes
NICHOLAS F. REYES
Attorney for Defendant, EVELYN MAGALLON

IT IS SO STIPULATED

Dated: October 29, 2026

By: /s/ Justin Lee
JUSTIN LEE
Assistant U.S. Attorney

**ORDER**

IT IS HEREBY ORDERED as to Evelyn Magallon, the court, having received, read and considered the parties' stipulation filed on October 29, 2026 (Doc. No. 144), and good cause appearing therefrom, APPROVES the parties' request to continue the sentencing hearing. Accordingly, the Sentencing Hearing scheduled for November 6, 2026, is VACATED and RESET for January 22, 2027, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins.

It is FURTHER ORDERED that the Presentence Investigation Report briefing schedule is MODIFIED as follows: Formal Objections or any Motion for Correction to the Presentence Investigation Report shall be submitted no later than January 8, 2027; and Reply, or Statement of Non-Opposition and any other briefing the parties want the court to consider shall be submitted no later than January 14, 2027, by 12:00 PM (Noon).

IT IS SO ORDERED.

Dated: **October 29, 2026**

Dena Coggins
United States District Judge